IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN MOON,

        Plaintiff,                    No. 2:11-cv-3277 EFB P

       vs.

M. MULLIN, et al.,

        Defendants.            ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 31, 2012, the court dismissed plaintiff's complaint with leave to amend pursuant to 28 U.S.C. § 1915A. Rather than filing an amended complaint, plaintiff filed an "Emergency Motion to Consolidate" this case with *Moon v. Reese*, Case No. 1:12-cv-01243-MJS, another action filed by plaintiff in this district. Dckt. No. 17.

        Rule 42(a) of the Federal Rules of Civil Procedure provides that if actions before the court involve a common question of law or fact, the court may consolidate the actions. Fed. R. Civ. P. 42(a)(2). Plaintiff fails to demonstrate that this action, in which there is no operative complaint, shares a common question of law or fact with *Moon v. Reese*. If plaintiff no longer wishes to pursue this action, he may file a notice of voluntary dismissal pursuant to Rule 41(a)(1).

1

1 Accordingly, IT IS HEREBY ORDERED that plaintiff's "Emergency Motion to
2 Consolidate" (Dckt. No. 17), is denied.
3 Dated: August 22, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE