1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ADRIAN MOON,

11          Plaintiff,                    No. 2:11-cv-3277 EFB P

12          vs.

13   M. MULLIN, et al.,

14          Defendants.              ORDER

15   _____/

16          After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 21, 22,

17   plaintiff filed an "Emergency Motion . . . for Prelawsuit Discovery . . . ." Dckt. No. 31.  The

18   court takes no action on plaintiff's filing as this case is now closed.  Plaintiff is hereby informed

19   that the court will not respond to future filings in this action that are not authorized by the

20   Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

21          So ordered.

22   Dated:  October 17, 2012.

23                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26