IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN MOON,

        Plaintiff,                    No. 2:11-cv-3277 EFB P

        vs.

M. MULLIN, et al.,

        Defendants.             <u>ORDER</u>

      /

        After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 21, 22, plaintiff filed an "Emergency Motion . . . for Prelawsuit Discovery . . . ." Dckt. No. 31. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

        So ordered.

Dated: October 17, 2012.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE